IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., individually and on behalf of all others similarly situated | : CIVIL ACTION :  :  : |
| vs. | : : |
| FOAMEX L.P., ET AL. | : NO. 07cv4225 |

O R D E R

**AND NOW**, this 7th day of April 2008, plaintiff having filed an amended complaint,

**IT IS HEREBY ORDERED** that the motion of defendants Foamex L. P. and Foamex L.P. Benefits Committee to dismiss plaintiff's complaint (Document No. 9) and the motion of defendant Fidelity Management Trust Company to dismiss (Document No. 10) are **DISMISSED** as moot.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge