IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., Individually and on Behalf of All Other Similarly Situated Persons and on Behalf of the Foamex L.P. Savings Plan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FOAMEX L.P., FOAMEX L.P. BENEFITS COMMITTEE, UNKNOWN FIDUCIARY DEFENDANTS, FIDELITY MANAGEMENT TRUST CO., THOMAS CHORMAN, K. DOUGLAS RALPH, and STEPHEN DRAP,<br><br>　　　　Defendants. | No.　07-CV-04225-WY<br><br>William H. Yohn, Jr. |

**PLAINTIFF STANFORD'S
MOTION FOR CLASS CERTIFICATION**

For the reasons fully explained in the accompanying *Memorandum is Support of Plaintiff's Stanford's Motion for Class Certification*, Plaintiff William Stanford moves that he be appointed class representative, and his attorneys be appointed class counsel, for a mandatory class consisting of all individuals invested in the Foamex Stock Fund on July 20, 2005 (except individuals who were members of the Foamex Benefits Committee at any time between from July 20, 2005 and December 31, 2006, the members of their immediate families, and their heirs, successors or assigns) under Federal Rule of Civil Procedure 23(b)(1) or, in the alternative, Rule 23(b)(3).

WHEREFORE, Plaintiff asks that the Court:

(a)　enter an Order (1) certifying a class under Federal Rule of Civil Procedure 23(b)(1); (2) naming Stanford as the class representative; and (3) appointing his attorneys as class counsel, in the form submitted with this motion,

   (b) alternatively, enter an Order (1) certifying a class under Federal Rule of Civil Procedure 23(b)(3); (2) naming Stanford as the class representative; (3) appointing his attorneys as class counsel; and (4) directing submissions of proposed notice of the action to class members under Rule 23(b)(3), and

   (c) grant such other relief as may be just, necessary or appropriate

   DATED: January 13, 2009.

        SIRIANNI YOUTZ
        MEIER & SPOONEMORE

        BY: */s/ Richard E. Spoonemore*
        Richard E. Spoonemore (WSBA #21833)
        *Admitted Pro Hac Vice*
        719 Second Avenue, Suite 1100
        Seattle, WA 98104
        Tel. (206) 223-0303; Fax (206) 223-0246
        rspoonemore@sylaw.com

        EKMAN, BOHRER & THULIN, P.S.
        Charles H. Thulin (WSBA #9039)
        *Admitted Pro Hac Vice*
        220 W. Mercer Street, Suite 400
        Seattle, WA 98119
        Tel. (206) 282-8221; Fax (206) 285-4587
        c.thulin@ekmanbohrer.com

        JENNINGS SIGMOND, P.C.
        Kent Cprek (PA ID No. 40806)
        510 Walnut Street, Suite 1600
        Philadelphia, PA 19106-3683
        Tel. (215) 351-0615; Fax (215) 922-3524
        usdc-edpa-erisa@jslex.com

        Counsel for Plaintiff William Stanford, Jr.

**CERTIFICATE OF SERVICE**

   I certify, under penalty of perjury, that on January 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served upon the following by ECF:

- ROSEMARY J. BRUNO
  rosemary.bruno@bipc.com,linda.prifold@bipc.com

- BRIAN CASAL
  brian.casal@bipc.com,marjorie.harms@bipc.com

- AMY COVERT
  acovert@proskauer.com

- KENT CPREK
  usdc-edpa-erisa@jslex.com

- BARBARA W. MATHER
  matherb@pepperlaw.com

- SARA BETH RICHMAN
  richmans@pepperlaw.com,hoganr@pepperlaw.com,pearsons@pepperlaw.com

- CHARLES F. SEEMANN , III
  cseemann@proskauer.com,jrichie@proskauer.com,kdipaola@proskauer.com

- HOWARD SHAPIRO
  hshapiro@proskauer.com

- MICHAEL D. SPENCER
  mspencer@proskauer.com,jrichie@proskauer.com,tneville@proskauer.com

- RICHARD E. SPOONEMORE
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- CHARLES H. THULIN
  c.thulin@ekmanbohrer.com,c.jones@ekmanbohrer.com

- MARSHALL WALTHEW
  walthewm@pepperlaw.com,mocharnd@pepperlaw.com

THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

  DATED: January 13, 2009.

               BY:  _/s/ Richard E. Spoonemore_
                  Richard E. Spoonemore  (WSBA #21833)
                  *Admitted Pro Hac Vice*