# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., individually and on behalf of all other similarly situated persons and on behalf of the Foamex L.P. Savings Plan,<br>   Plaintiff,<br><br>v.<br><br>FOAMEX L.P., *et al.*,<br>   Defendants. | CIVIL ACTION<br><br>NO. 07-4225 |

## Order

YOHN, J.

    AND NOW on this _15_ day of April 2009, upon consideration of defendants' letters to the court and plaintiff's response thereto, **IT IS HEREBY ORDERED** that defendants' request that the court extend the stay is **DENIED**. The action shall proceed against the remaining non-bankrupt defendants.

                                                                            _/s/ William H. Yohn, Jr._<br>
                                                                            William H. Yohn, Jr., Judge