IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STANFORD, JR., et. al., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | No. 07-cv-04225 |
| v. | : | |
| | : | Hon. William H. Yohn, Jr. |
| FOAMEX L.P., et. al., | : | |
| | : | *Filed Electronically* |
| Defendants. | : | |

## INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES Defendants, K. Douglas Ralph, Gregory J. Christian, George L. Karpinski and Stephen Drap, by and through its attorneys, Buchanan Ingersoll & Rooney PC, move pursuant to Federal Rule of Civil Procedure 56, for partial summary judgment on their counterclaim seeking reformation of Amendment No. 4 to the Foamex L.P. Savings Plan to remove the scrivener's error so as to reflect the true intent of the parties.  For the reasons contained in the supporting documents filed contemporaneously with this Motion, the Individual Defendants' Motion for Partial Summary Judgment should be granted and Plaintiff's Motion for Partial Summary Judgment should be denied.

Dated: February 23, 2010               Respectfully submitted,

/s/ John A. Goodman  (jag80785)

John A. Goodman (Bar # 80785)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC 20006
(202) 452-7900


ROSEMARY J. BRUNO (admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey  07201
(973) 278-9800

BRIAN A. CASAL (Pa. ID No. 89983)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania  19103-2985
(215) 665-8700

Attorneys for Defendants
Douglas Ralph, Stephen Drap,
Gregory J. Christian, and
George L. Karpinski

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2010, I caused a true and correct copy of the foregoing Motion to be filed electronically with the Court and is available for viewing and downloading from the ECF system. All parties were served by the Court's electronic filing system.

/s/ John A. Goodman  (jag80785)

#386866-v1:02/23/10 4:29 PM