IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM STANFORD, individually and
on behalf of all others similarly situated,

        Plaintiffs,

    v.                                    Case No. 2:07-cv-4225

FOAMEX, L.P.; FIDELITY            SENIOR JUDGE WILLIAM H. YOHN
MANAGEMENT TRUST COMPANY;
and UNKNOWN FIDUCIARY
DEFENDANTS 1-100,

        Defendants.

## ORDER

AND NOW this 7 day of June, 2010, having been advised that defendants are withdrawing all crossclaims between and among them, it is hereby ORDERED pursuant to Fed. R.Civ.P. 41(a)(2) that all crossclaims between and among the defendants are DISMISSED without prejudice.

                                              _____
                                              William H. Yohn, Jr., USDJ