IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM STANFORD, JR. | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOAMEX, L.P., et al | : | NO. 07-4225 |

**O R D E R**

AND NOW, this 24th day of September, 2010, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **FRIDAY, OCTOBER 1, 2010, at 1:30 P.M.** The conference call will be initiated by plaintiff's counsel, Richard Spoonemore.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/S/ELIZABETH T. HEY

 /s/ Elizabeth T. Hey
ELIZABETH T. HEY
UNIITED STATES MAGISTRATE JUDGE