IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., individually and on behalf of all other similarly situated persons and on behalf of the Foamex L.P. Savings Plan, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | :    CIVIL ACTION NO. 07-4225 |
| v. | : |
| FOAMEX L.P. *et al.*, | : |
| Defendants. | |

### ORDER

AND NOW, this **29** day of September, 2011, upon careful consideration of the motions for summary judgment filed by Fidelity Management Trust Co. ("Fidelity") (document no. 162) and by Foamex L.P., K. Douglas Ralph, Stephen Drap, Gregory J. Christian, and George L. Karpinksi (collectively, the "Foamex defendants") (document no. 173); plaintiff William Stanford, Jr.'s motions for partial summary judgment as to the liability of Fidelity (document no. 169) and as to the liability of Foamex and Christian (document no. 167); Fidelity's motion to exclude the opinion of Dr. Dennis Logue on "authority" issues (document no. 166); and the responses and replies thereto, **IT IS HEREBY ORDERED** as follows:

1. Fidelity's motion for summary judgment (document no. 162) is **DENIED**.

2. The Foamex defendants' motion for summary judgment (document no. 173) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to the claims in count I against Ralph, Drap, and Karpinski, but the motion is **DENIED** as to all the remaining

claims.

3. Plaintiff's motion for partial summary judgment as to the liability of Foamex and Christian under counts I and III is **DENIED**.

4. Plaintiff's motion for partial summary judgment as to the liability of Fidelity under count IV is **DENIED**.

5. Fidelity's motion to exclude the opinion of Dr. Dennis Logue on "authority" issues is **DENIED AS MOOT**.

6. Trial in this matter is scheduled for December 5, 2011, at 10:00 a.m.

/s/ William H. Yohn, Jr.
William H. Yohn, Jr., Judge