IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., Individually and on Behalf of All Other Similarly Situated Persons and on Behalf of the Foamex L.P. Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>FOAMEX L.P., FIDELITY MANAGEMENT TRUST CO., K. DOUGLAS RALPH, STEPHEN DRAP, GREGORY J. CHRISTIAN, and GEORGE L. KARPINSKI,<br><br>Defendants. | No.  07-CV-04225<br><br>William H. Yohn, Jr. |

**PLAINTIFF STANFORD'S MOTION FOR
(1) PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT,
(2) AUTHORIZATION OF NOTICE TO CLASS, AND
(3) SCHEDULING OF FINAL SETTLEMENT APPROVAL HEARING**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff William Stanford, on his own behalf and on behalf of the class he represents, moves for an Order which (1) preliminarily approves the proposed Settlement Agreement and Allocation Plan, (2) authorizes the mailing of notice of a proposed settlement to class members and (3) schedules a final settlement approval hearing.

This motion is supported by a memorandum in support and Declaration of Richard E. Spoonemore.

DATED:  March 12, 2012.

    SIRIANNI YOUTZ
    SPOONEMORE

    BY:   */s/ Richard E. Spoonemore*
    Richard E. Spoonemore  (WSBA #21833)
    *Admitted Pro Hac Vice*
    999 Third Ave., Suite 3650
    Seattle, WA  98104
    Tel. (206) 223-0303; Fax (206) 223-0246
    rspoonemore@sylaw.com

    EKMAN, BOHRER & THULIN, P.S.
    Charles H. Thulin  (WSBA #9039)
    *Admitted Pro Hac Vice*
    220 W. Mercer Street, Suite 400
    Seattle, WA  98119
    Tel. (206) 282-8221; Fax (206) 285-4587
    c.thulin@ekmanbohrer.com

    JENNINGS SIGMOND, P.C.
    Kent Cprek (PA ID No. 40806)
    510 Walnut Street, Suite 1600
    Philadelphia, PA  19106-3683
    Tel. (215) 351-0615; Fax (215) 922-3524
    usdc-edpa-erisa@jslex.com

    Counsel for Plaintiff William Stanford, Jr.

Case 2:07-cv-04225-WY   Document 215   Filed 03/12/12   Page 3 of 3

## **CERTIFICATE OF SERVICE**

I certify, under penalty of perjury, that on March 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served upon the following by ECF:

- **ROSEMARY J. BRUNO**
  rosemary.bruno@bipc.com,linda.boccino@bipc.com

- **BRIAN CASAL**
  brian.casal@bipc.com,marjorie.harms@bipc.com

- **AMY COVERT**
  acovert@proskauer.com

- **KENT CPREK**
  usdc-edpa-erisa@jslex.com

- **JOHN A. GOODMAN**
  john.goodman@bipc.com,elizabeth.lychenheim@bipc.com,betty.reznicek@bipc.com

- **BARBARA W. MATHER**
  matherb@pepperlaw.com

- **ROBERT W. RACHAL**
  rrachal@proskauer.com

- **SARA BETH RICHMAN**
  richmans@pepperlaw.com,gerhardc@pepperlaw.com

- **CHARLES F. SEEMANN , III**
  cseemann@proskauer.com,jrichie@proskauer.com,kdipaola@proskauer.com

- **HOWARD SHAPIRO**
  hshapiro@proskauer.com

- **MICHAEL D. SPENCER**
  mspencer@proskauer.com,jrichie@proskauer.com,tneville@proskauer.com

- **RICHARD E. SPOONEMORE**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- **CHARLES H. THULIN**
  c.thulin@ekmanbohrer.com,c.jones@ekmanbohrer.com

- **MARSHALL WALTHEW**
  walthewm@pepperlaw.com,mocharnd@pepperlaw.com

THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

DATED:  March 12, 2012.

BY:   */s/ Richard E. Spoonemore*
Richard E. Spoonemore  (WSBA #21833)
*Admitted Pro Hac Vice*