IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., Individually and on Behalf of All Other Similarly Situated Persons and on Behalf of the Foamex L.P. Savings Plan,<br><br>  Plaintiff,<br><br>v.<br><br>FOAMEX L.P., FIDELITY MANAGEMENT TRUST CO., K. DOUGLAS RALPH, STEPHEN DRAP, GREGORY J. CHRISTIAN, and GEORGE L. KARPINSKI,<br><br>  Defendants. | No. 07-CV-04225<br><br>William H. Yohn, Jr. |

**PLAINTIFF STANFORD'S MOTION FOR
(1) AWARD OF ATTORNEY FEES,
(2) AWARD OF COSTS/EXPENSES, AND
(3) APPROVAL OF CLASS REPRESENTATIVE CASE CONTRIBUTION AWARD**

Pursuant to the *Order (1) Preliminarily Approving Settlement Agreement; (2) Approving and Directing Notice to Class Members; and (3) Scheduling a Final Settlement Approval Hearing* (dkt. no. 217), Plaintiff William Stanford moves for an Order which (1) awards attorney fees to class counsel, (2) awards costs and expenses to class counsel, and (3) approves a case contribution award to Mr. Stanford.

This Motion is supported by a Memorandum in Support and the Declarations of Richard E. Spoonemore and Charles H. Thulin.

DATED:  May 24, 2012.

SIRIANNI YOUTZ SPOONEMORE

BY:   */s/ Richard E. Spoonemore*
Richard E. Spoonemore  (WSBA #21833)
*Admitted Pro Hac Vice*
999 Third Avenue, Suite 3650
Seattle, WA  98104
Tel. (206) 223-0303; Fax (206) 223-0246
rspoonemore@sylaw.com

EKMAN, BOHRER & THULIN, P.S.
Charles H. Thulin (WSBA #9039)
*Admitted Pro Hac Vice*
220 W. Mercer Street, Suite 400
Seattle, WA  98119
Tel. (206) 282-8221; Fax (206) 285-4587
c.thulin@ekmanbohrer.com

JENNINGS SIGMOND, P.C.
Kent Cprek (PA ID No. 40806)
510 Walnut Street, Suite 1600
Philadelphia, PA  19106-3683
Tel. (215) 351-0615; Fax (215) 922-3524
usdc-edpa-erisa@jslex.com

Counsel for Plaintiff William Stanford, Jr.

## CERTIFICATE OF SERVICE

   I certify, under penalty of perjury, that on May 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served upon the following by ECF:

- **ROSEMARY J. BRUNO**
  rosemary.bruno@bipc.com,linda.boccino@bipc.com

- **BRIAN CASAL**
  brian.casal@bipc.com,marjorie.harms@bipc.com

- **AMY COVERT**
  acovert@proskauer.com

- **KENT CPREK**
  usdc-edpa-erisa@jslex.com

- **JOHN A. GOODMAN**
  john.goodman@bipc.com,elizabeth.lychenheim@bipc.com,betty.reznicek@bipc.com

- **BARBARA W. MATHER**
  matherb@pepperlaw.com

- **ROBERT W. RACHAL**
  rrachal@proskauer.com

- **SARA BETH RICHMAN**
  richmans@pepperlaw.com,gerhardc@pepperlaw.com

- **CHARLES F. SEEMANN , III**
  cseemann@proskauer.com,jrichie@proskauer.com,kdipaola@proskauer.com

- **HOWARD SHAPIRO**
  hshapiro@proskauer.com

- **MICHAEL D. SPENCER**
  mspencer@proskauer.com,jrichie@proskauer.com,tneville@proskauer.com

- **RICHARD E. SPOONEMORE**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- **CHARLES H. THULIN**
  c.thulin@ekmanbohrer.com,c.jones@ekmanbohrer.com

- **MARSHALL WALTHEW**
  walthewm@pepperlaw.com,mocharnd@pepperlaw.com

THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

   DATED:  May 24, 2012.

                BY:  */s/ Richard E. Spoonemore*
                   Richard E. Spoonemore (WSBA #21833)
                   *Admitted Pro Hac Vice*