IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANFORD, JR., Individually and on Behalf of All Other Similarly Situated Persons and on Behalf of the Foamex L.P. Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>FOAMEX L.P., FIDELITY MANAGEMENT TRUST CO., K. DOUGLAS RALPH, STEPHEN DRAP, GREGORY J. CHRISTIAN, and GEORGE L. KARPINSKI,<br><br>Defendants. | No.   07-CV-04225<br><br>William H. Yohn, Jr. |

**PLAINTIFF STANFORD'S MOTION FOR
FINAL APPROVAL OF SETTLEMENT AGREEMENT UNDER FRCP 23(e)**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff William Stanford, on his own behalf and on behalf of the class he represents, moves for an Order that approves the proposed Settlement Agreement and Allocation Plan under FRCP 23(e).

This motion is supported by a memorandum in support, Declaration of Richard E. Spoonemore Re: Final Approval, Declaration of Charles F. Seemann III Regarding Compliance with the Class Action Fairness Act, and Declaration of Rosemary J. Bruno Regarding Compliance with the Class Action Fairness Act.

DATED:  July 13, 2012.

                                SIRIANNI YOUTZ
                                SPOONEMORE

                                BY:   */s/ Richard E. Spoonemore*
                                Richard E. Spoonemore  (WSBA #21833)
                                *Admitted Pro Hac Vice*

999 Third Ave., Suite 3650
Seattle, WA  98104
Tel. (206) 223-0303; Fax (206) 223-0246
rspoonemore@sylaw.com

EKMAN, BOHRER & THULIN, P.S.
Charles H. Thulin  (WSBA #9039)
*Admitted Pro Hac Vice*
220 W. Mercer Street, Suite 400
Seattle, WA  98119
Tel. (206) 282-8221; Fax (206) 285-4587
c.thulin@ekmanbohrer.com

JENNINGS SIGMOND, P.C.
Kent Cprek (PA ID No. 40806)
510 Walnut Street, Suite 1600
Philadelphia, PA  19106-3683
Tel. (215) 351-0615; Fax (215) 922-3524
usdc-edpa-erisa@jslex.com

Counsel for Plaintiff William Stanford, Jr.

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, that on July 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing was served upon the following by ECF:

- **ROSEMARY J. BRUNO**
  rosemary.bruno@bipc.com,linda.boccino@bipc.com

- **BRIAN CASAL**
  brian.casal@bipc.com,marjorie.harms@bipc.com

- **AMY COVERT**
  acovert@proskauer.com

- **KENT CPREK**
  usdc-edpa-erisa@jslex.com

- **JOHN A. GOODMAN**
  john.goodman@bipc.com,elizabeth.lychenheim@bipc.com,betty.reznicek@bipc.com

- **BARBARA W. MATHER**
  matherb@pepperlaw.com

- **ROBERT W. RACHAL**
  rrachal@proskauer.com

- **SARA BETH RICHMAN**
  richmans@pepperlaw.com,gerhardc@pepperlaw.com

- **CHARLES F. SEEMANN , III**
  cseemann@proskauer.com,jrichie@proskauer.com,kdipaola@proskauer.com

- **HOWARD SHAPIRO**
  hshapiro@proskauer.com

- **MICHAEL D. SPENCER**
  mspencer@proskauer.com,jrichie@proskauer.com,tneville@proskauer.com

- **RICHARD E. SPOONEMORE**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- **CHARLES H. THULIN**
  c.thulin@ekmanbohrer.com,c.jones@ekmanbohrer.com

- **MARSHALL WALTHEW**
  walthewm@pepperlaw.com,mocharnd@pepperlaw.com

THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

DATED:  July 13, 2012.

BY:   */s/ Richard E. Spoonemore*
Richard E. Spoonemore  (WSBA #21833)
*Admitted Pro Hac Vice*